No. 518. LAWRENCE F. CONNOLLY, ADMINISTRATOR, ETC., ET AL. *v.* CELIA DIAMOND ET AL.  October 21, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Charles W. Beale* for petitioners.  No appearance for respondents.

No. 520. GRAND RAPIDS & INDIANA RAILWAY COMPANY *v.* UNITED STATES.  October 21, 1918.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. James H. Campbell* and *Mr. Frederic D. McKenney* for petitioner.  *The Solicitor General* and *Mr. Assistant Attorney General Frierson* for the United States.

No. 498. HOUSTON OIL COMPANY OF TEXAS ET AL. *v.* STATE OF TEXAS ET AL.  October 28, 1918.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Thomas M. Kennerly* and *Mr. H. O. Head* for petitioners.  No appearance for respondents.

No. 501. PENNSYLVANIA RAILROAD COMPANY *v.* MARY ELLEN LONG, ADMINISTRATRIX, ETC.  October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of New York denied.  *Mr. Frederic D. McKenney* and *Mr. John Spalding Flannery* for petitioner.  *Mr. A. Leftwich Sinclair* for respondent.

No. 530. NORTH MICHIGAN WATER COMPANY *v.* CITY OF ESCANABA ET AL.  October 28, 1918.  Petition for a